# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 7, 2014

## NO. 03-13-00598-CV

**Z. L., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## APPEAL FROM 98TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND FIELD
## AFFIRMED -- OPINION BY JUSTICE FIELD

This is an appeal from the decree signed by the trial court on August 2, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's decree. Therefore, the Court affirms the trial court's decree. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.